IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHELLE ROGERS                                               PLAINTIFF

V.                  CASE NO. 3:17-CV-00070-JTK

SOCIAL SECURITY ADMINISTRATION                         DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 16th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE